**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

          v.

**AARON J. PARA,**

          **Defendant.**

**Case No.  CR07-5283**

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE**

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, BARBARA SIEVERS; The defendant appears personally and represented by counsel, LINDA SULLIVAN;

The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision, and thereafter freely and voluntarily acknowledged that he had violated his supervision in each and every violation (seven in number) alleged in the petition filed April 7, 2008 by the U.S. Probation Office.

Accordingly, the court finds that the defendant has violated the conditions of supervision en each of the seven ways alleged in the April 7, 2008 violation report and schedules the matter for disposition as follows:

        DATE:    MAY 8, 2008
        TIME:    2:00 P.M.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

        **April 22, 2008.**

        _/s/ J. Kelley Arnold_
        **J. Kelley Arnold, U.S. Magistrate Judge**